LAW OFFICES OF
# JAY GOLDBERG, P.C.

250 PARK AVENUE
TWENTIETH FLOOR
NEW YORK, NY 10177-0077

TELEPHONE (212) 983-6000
TELECOPIER (212) 983-6008

November 3, 2005

VIA FACSIMILE AND ECF
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Ianniello et al*
05 Cr. 774 (KMW)

Dear Judge Wood:

We represent Matthew Ianniello, Sr. in connection with the above referenced matter. We write to Your Honor to request that Mr. Ianniello's bail restrictions be expanded at the present time to allow him to speak to his wife Beatrice Ianniello via telephone.

As part of Mr. Ianniello's bail restrictions he is forbidden to use the telephone. Presently Mrs. Ianniello is in Florida. Unfortunately, due to Mr. Ianniello's bail restrictions he is unable to speak to his wife while she is away. Accordingly we respectfully request that Mr. Ianniello's bail restrictions be modified while Mrs. Ianniello is in Florida to permit him to use the telephone to call and speak to his wife.

We note that we have spoken to Assistant United States Attorney Stephen Miller, the Assistant primarily responsible for handling this matter, and he has no objection to our application provided it is Mr. Ianniello who initiates the calls to his wife.

Respectfully,

JAY GOLDBERG, P.C.

By: Faith Friedman (FF 6006)

cc: Stephen Miller, Assistant United States Attorney