LAW OFFICES OF
# JAY GOLDBERG, P.C.

250 PARK AVENUE
TWENTIETH FLOOR
NEW YORK, NY 10177-0077

TELEPHONE (212) 983-6000
TELECOPIER (212) 983-6008

May 9, 2006

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE: <u>United States v. Ianniello et al</u>, 05 Cr. 774 (KMW)

Dear Judge Wood:

      Mr. Ianniello respectfully requests permission to attend his granddaughter's baby naming on May 13, 2006 at the Central Synagogue, 652 Lexington Avenue, New York, NY, at 12:00, with a brunch to follow at 57 East 55th Street, at 1:00. Attached is a list of the other people who will be attending.

      Arthur Bobyak of pretrial services has no objection to such request. Assistant United States Attorney Timothy Treanor does not consent to such request.

                        Respectfully,

                        Jay Goldberg

cc:   Timothy Treanor
       Assistant United States Attorney

JAY GOLDBERG

FAITH FRIEDMAN

RONNIE RUBENSTEIN

NICKY WISE

ROBERT IANNIELLO

MICHAEL IANNIELLO

ANNETTE IANNIELLO

ALFRED IANNIELLO

PETER IANNIELLO

MILDRED IANNIELLO

ANTHONY FANCIULLO

MICHAEL DE ANGELA

AUGUSTINE D'ORTA

TONY COSTA

ANTHONY COSTA

MARK GEOTZ

DENNIS DAMATO

FELISHA HASHO

SANDRA FILIPPUCCI

MIKE VERO

JAMES BARI

SATURDAY MAY 13TH

CENTRAL SYNAGOGUE        652 LEXINGTON AVENUE    NYC       (12.00)

BRUNCH WILL FOLLOW AFTER SERVICES ABOUT 1.00

57 EAST 55TH STREET.

CHRISTINE KASPER

DOUG COHEN

JULES LANE

ALFRED TRUFELLI

JOSH ANGEL

WALLY LIEB

JULES WACHTER

ADAM WACHTER

CINDY WACHTER

BERNIE GEIK

LAUREN NEWMAN

STEVEN CHAYANYA

DAVID SILBER

KIVA COHEN

MAXINE COHEN

DAVID REIMER

DAVID WAXENBERG

JOESPH CAVALERRO

RICHARD CAVALERRO

BOBBY CAVALERRO

LEE KRAVITZ

RICHARD EISEN

GEORGE STRIFAS

DAVID GRECO

DANIEL HARKIN

MATTHEW GORE

JOSEPH FABRIZI

JOESEPH NG

BOB ROBERTS

TOM BRADY