UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v. - | : | <u>JURY QUESTIONNAIRE</u> |
| MATTHEW IANNIELLO, | : | |
| a/k/a "Matty the Horse," | | 05 Cr. 774 (KMW) |
| CIRO PERRONE, | : | |
| JOHN YANNUCCI, | | |
| SALVATORE ESPOSITO, | : | |
| a/k/a "Zookie," | | |
| STEVE BUSCEMI, | : | |
| MICHAEL DELUCA, | | |
| LEONARD CHETTI, | : | |
| JULIUS BERNSTEIN, | | |
| a/k/a "Spike," | : | |
| ANN CHIAROVANO, | | |
| SALVATORE BATTAGLIA, | : | |
| DANIEL CILENTI, | | |
| MAURICE NAPOLI, | : | |
| JOSEPH QUARANTA, | | |
| JOSEPH PICATAGGIO, | : | |
| JOSEPH YANNUCCI, | | |
| a/k/a "Augie," | : | |
| FRANK AMBROSIO, | | |
| a/k/a "Twinny," | : | |
| JOHN VITALE, | | |
| PAUL KAHL, and | : | |
| JOHN AMBROSIO, | | |
| | : | |
| Defendants. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JUROR NUMBER_____**

**<u>Instructions</u>**

You are sworn to give true and complete answers to all questions.

This questionnaire is not meant to unnecessarily ask about personal matters. The purpose of this questionnaire is to (1) expedite the jury selection process in this case; (2) determine whether each juror will be fair in deciding the case; and (3) provide information to help the Court and counsel decide which jurors they will excuse from the panel.

<u>DO NOT DISCUSS THE QUESTIONS OR YOUR ANSWERS WITH FELLOW
JURORS. IT IS VERY IMPORTANT THAT YOUR ANSWERS BE YOUR OWN
INDIVIDUAL ANSWERS</u>.

There are no "right" or "wrong" answers. Your responsibility is simply to be
completely candid and truthful. Do not read anything about the case, watch anything on
television about the case, or listen to anything on the radio about the case. What you learn about
the case you will learn in court only.

## The Nature of an Indictment

An indictment is not evidence. It is merely a formal accusation. It is proof of
nothing. You may draw no inference against the defendant from the fact that he has been
indicted. The defendant has pleaded "not guilty" to each of the charges against him, and under
the law he is presumed innocent of these charges. A defendant does not have to prove anything.
The Government bears the burden of proving the guilt of any defendant beyond a reasonable
doubt.

## Description of the Case

This case involves criminal charges against nineteen defendants, listed in the
attachment marked Exhibit A. The charges include racketeering, racketeering conspiracy,
extortion, obstruction of justice, making false statements to government officials, labor
corruption, illegal gambling, and loan sharking. Not every defendant is named in every charge.
Of the nineteen defendants, eight in particular — Matthew Ianniello, Ciro Perrone, John
Yannucci, Salvatore Esposito, Steve Buscemi, Michael Deluca, Leonard Chetti, and Julius
Bernstein — are named as defendants in the racketeering charges. The racketeering enterprise
that these defendants allegedly were members and associates of was the Genovese Organized
Crime Family of La Cosa Nostra (the "Genovese Crime Family").

Each defendant denies each and every one of the charges in the Indictment.

## Questions

Please answer each question by placing a check next to the correct response or by providing the information requested. Please try to write as legibly as possible.

1. Do you have any physical difficulties (for example, sight or hearing), emotional, or other problems that would interfere with your ability to serve?

   Yes ____ No _____

   If yes, please explain: _____

   _____

2. Do you have any difficulty reading, speaking, or understanding the English language?

   Yes ____ No ____

   *Optional: What other languages, if any, do you read, speak or understand?*_____

3. Do you have any physical ailments or are you taking any medication or receiving any medical treatment that would prevent you from serving as a juror in this case?

   Yes ____ No _____

   If yes, please explain: _____

   _____

4. What is your age? _____

5. Are you:        Male ____ Female _____

6. (a) Where were you born (list city and state only)? _____

   (b) If you were born outside of the United States, indicate which country: _____

7.  Are you:

    a.  Married _____

    b.  Partner/Significant other _____

    c.  Single _____

    d.  Divorced/Separated _____

    e.  Widow/Widower _____

8.  *Optional:*

    a.  *What do you regard as your ethnic background (e.g. Irish, Jewish, Polish, Italian, Korean)?* _____

    b.  *What do you regard as the ethnic background of your spouse / significant other (if applicable)?* _____

9.  How long have you lived at your present residence? _____

10. Do you live in a single family home, an apartment, a cooperative, or a condominium? _____

11. Do you:

    a.  Own _____

    b.  Rent _____

    c.  Live in a residence owned by family _____

    d.  Live in a residence owned by friends _____

    e.  If you own your home, what is its approximate value? _____

    f.  Do you have a mortgage? _____

g.  Without identifying your specific address or street, what neighborhood do you live in?
_____

12. What other neighborhoods, towns or cities have you lived in during the past 10 years?
_____

_____

_____

13. What is the highest level of education you have completed?

_____ Grade school or less              _____ Less than 2 years of college

_____ Some high school                  _____ More than 2 years of college

_____ High school graduate              _____ College graduate

_____ Business or technical school   _____ Post-graduate degree

a.      If you earned a degree after high school, what was your major area(s) of study?
_____

b.      If you are married (or have a partner), state what level of education your spouse
(or significant other) has completed and the area of study: _____

14. Please check your current employment status:

_____ Employed full-time              _____ Student

_____ Employed part-time              _____ Work at home

_____ Unemployed                       _____ Disabled

_____ Retired                            _____ Homemaker

15. If you are currently employed by another, please answer the following questions.  When
asked what "type" of work you do, please describe the "type of job" and the "type of
business."  For example, simply list "medical receptionist," "bus driver," "lawyer," or "short-
order cook."

a. Without mentioning the name of your employer, what type of work do you do?
_____

b. How long have you been at your present job? _____

c. Do you supervise others in your job? _____

If yes, how many? _____

d. Without mentioning the name of any union, are you a member of a union?

Yes ____ No ____

e. If you are a union member, please identify the industry in which you are a union member:

_____

f. If you are a union memberm, do you have a position in the union? Yes _____ No _____

If yes, what position? _____

16. If you are self-employed, please answer the following:

a. Without mentioning the name of your business, what type of business is it? _____

b. How long have you been self-employed? _____

17. If retired or unemployed, what type of work had you been doing? _____
_____

18. If you are married or live with a significant other, please answer the following questions about the employment of your spouse or significant other:

a. Is your spouse /significant other employed? Yes ____ No ____

b. If so, what type of work?
_____

c.  If your spouse /significant other is retired or not employed, please so indicate and also describe the type of work he/she had been doing during his/her last period of employment: _____

d.  How long in his/her present job?  _____

19. What is your household annual income? If you are married or live with a significant other, and your spouse or significant other is employed, please include his/her income:

_____ less than $25,000

_____ $25,000-$49,000

_____ $50,000-$99,000

_____ $100,000-$249,000

_____ $250,000 or more

20. If you have children, please indicate the education level and occupation of each of your children:

|  | Education Level | Occupation |
|---|---|---|
| A. | _____ | _____ |
| B. | _____ | _____ |
| C. | _____ | _____ |
| D. | _____ | _____ |

21. Have you, a family member, or a close friend ever been employed by or had business dealings with a federal, state, or city government or any of their agencies?

Yes ____   No ____

a.  If yes, please explain who and the type of employment or business dealings with the government or agency: _____

_____

_____

b. If <u>yes</u>, is there anything about those experiences that would interfere with your ability to render a fair and impartial verdict in this case?

    i.   Yes ____ No ____

    ii.  If <u>yes</u>, please explain: _____

          _____

          _____

22. Have you ever served in the military?  Yes ____  No ____

a. Year of entry into military: _____

b. What branch? _____

c. What was the highest rank you achieved? _____

d. What did you do in the service? _____

e. Any combat duty?  Yes ____  No ____

f. Any service in the military police?    Yes ____  No ____

g. Any service in courts martial as investigator, defense attorney, or prosecutor?

   Yes ____  No ____

h. Year of discharge from military: _____

i. Was an honorable discharge received?  Yes ____  No ____

j. If you have had any military service, would anything about the above listed experience(s) prevent you from evaluating the evidence presented in this case in a fair and impartial manner?  Yes ____  No ____

   If <u>yes</u>, please explain: _____

_____

_____

23. Have you, a family member or close friend ever attended law school or been a lawyer?

    a.  Yes ___ No ___

        i.  If <u>yes</u>, please state your relationship to that person: _____

        ii.  Has that person ever practiced law in the area of criminal defense or prosecution? Yes ___ No ___

24. Do you have any opinions about lawyers or law school that would make it difficult for you to render a fair and impartial verdict?

Yes ___ No ___

If <u>yes</u>, please explain: _____

_____

_____

25. Have you, any family member, or close friend:

    a.  Ever worked for or applied for a position in the U.S. Attorney's Office, District Attorney's Office, Police Department, Federal Bureau of Investigation, or other law enforcement agency?

        Yes ____ No ____

        If <u>yes</u>, please describe who, what agency, and when: _____

        _____

        _____

b. Do you, any family member, or close friend work for a criminal defense lawyer or private investigator?

Yes _____ No _____

If <u>yes</u>, please describe who, the length and nature of their employment: _____

_____

c. Are you or do you have any family members or close friends who are judges, law clerks, court clerks, court attendants, other types of court personnel, probation officers, or persons connected with any correctional institution, jail or penitentiary?

Yes _____ No _____

If <u>yes</u>, please describe who, the length and nature of their employment: _____

_____

d. If you answered "yes" to a, b, or c above, is there anything about these facts that would make it difficult for you to sit as a fair and impartial juror in this case?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

26. In the past ten years, have you or an immediate family member ever been a member of any group that lobbies or takes public positions on social or legal issues (for example, the right to bear firearms/gun control)? Yes _____ No ___

a. If <u>yes</u>, please describe the type of group (without specifically naming it) and the length of your involvement in the group:

_____

_____

b. Would that experience prevent you from evaluating the evidence presented in this case in a fair and impartial manner? Yes ___ No ___

If <u>yes</u>, please explain: _____

_____

_____

27. Have you, any family members or friends ever volunteered your services to any law enforcement agency?

      Yes _____  No _____

      If yes, please give details: _____

_____

_____

28. Have you ever attended any course(s), seminar(s), lecture(s), or demonstration(s) connected with any law enforcement agency?   Yes _____  No _____

      If yes, please give details: _____

_____

_____

29. Please list any civic, religious, social, charitable, or other organizations (not including unions or employment-related groups) to which you belong or have belonged in the past 10 years, state the basic purpose of each organization, whether you held any leadership positions, and how long you have been/were a member:

| <u>Organization</u> | <u>Purpose</u> | <u>Leadership Position(?)</u> | <u>Length of Membership</u> |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

30. Please list any newspapers and magazines that you read or subscribe to. Indicate how frequently (for example, daily, weekly, monthly): _____

_____

_____

31. <u>Not</u> including friends and family members:

    a.  Please list three people you most admire (e.g. a public figure such as an athlete, actor, politician):

        i.  _____

        ii.  _____

        iii. _____

    b.  Please list three people you least admire (e.g. a public figure such as an athlete, actor, politician):

        i.  _____

        ii.  _____

        iii. _____

32. Television Viewing:

    a.  Approximately how many hours of television do you watch per week? _____

    b.  List the television shows you watch most frequently and how often you watch them:

        i.  _____

        ii.  _____

        iii. _____

33. What criminal case(s) have you followed in the media? _____

_____

34. Do you believe that the media presents both sides in a criminal case?

     Yes _____ No _____

35. List any hobbies and special interests that you have: _____

_____

_____

36. Have you ever had previous experience as a juror? Yes _____ No _____

    a.  If <u>yes</u>, how many times? _____

    b.  Civil, Criminal, or Grand Jury? _____

    c.  When? _____

    d.  State or federal? _____

    e.  Briefly state the nature of the case(s) involved: _____

       _____

    f.  Was the case submitted to the jury for deliberations? Yes _____ No _____

    g.  Without disclosing your verdict, did the jury reach a verdict? Yes _____ No _____

37. Have you, a family member, or close friend ever been a party to a lawsuit? Yes ___ No ___

    a.  If <u>yes</u>, who (relationship to you): _____

    b.  Were you/she/he the party who sued or the party who was sued? _____

    c.  What type of lawsuit was it? _____

d.  What was the outcome? _____

e.  Were you satisfied with the outcome?  Yes _____  No _____

38. Have you, a family member, or close friend ever been a witness to or the victim of a crime?

Yes _____ No _____

If yes, please explain (without stating the names of the people involved): _____

_____

_____

39. Did you, your family member, or close friend report the crime(s) to the police or other law enforcement agency?  Yes _____  No _____

a.  If yes, do you feel that law enforcement personnel responded to the report appropriately?

Yes _____ No _____

b.  Was anyone ever arrested for or charged with that crime?  Yes _____  No _____

c.  Were you, or was your family member or close friend, called to testify? Yes____  No _____

d.  Is there anything about this experience that would make it difficult for you to evaluate the evidence in this case fairly and impartially?  Yes _____  No _____

If yes, please explain: _____

_____

_____

40. Have you, a family member, or close friend ever been accused of, charged with, or convicted of any crime, or been the subject of a criminal investigation (other than a minor traffic violation)?  Yes _____ No _____

    a.  If <u>yes</u>, please explain the nature of the charges, approximate date, which government agency brought the charges, and the outcome (without stating any individual's name):

    _____

    _____

    b.  Do you feel that outcome was just?  Yes _____ No _____

41. This case is being prosecuted by the United States Attorney's Office for the Southern District of New York.  The United States Attorney for this District is Michael J. Garcia.  Do you or does any relative or friend know or have any connection with Michael Garcia or anyone associated with his office?  Yes _____ No _____

    If <u>yes</u>, please explain (without providing any names): _____

    _____

    _____

42. Do you or does any relative or close friend know or have any connection with any of the following prosecutors, or their relatives or friends (circle all that apply)?

    a.  Timothy J. Treanor

    b.  Benjamin Gruenstein

    c.  Wilson Leung

    d.  Elie Honig

    If you have selected anyone from the above list, please explain (without stating your relative's or friend's names, if applicable): _____

    _____

43. Do you or does any relative or close friend know or have any connection to the following law enforcement officers or their relatives or friends (circle all whom apply)?

    a.  Michael Gaeta, FBI agent

    b.  John Penza, FBI agent

    c.  Matthew Maroney, NYPD detective

    If you have selected anyone from the above list, please explain (without stating your relative's or friend's names, if applicable): _____

_____

44. Do you or does any relative or close friend know or have any connection to any of the defendants in this case, listed in the attachment marked Exhibit A, or their relatives or friends?

    Yes _____  No _____

    If you have selected anyone from the above list, please explain (without stating your relative's or friend's names, if applicable): _____

    _____

    _____

45. Have you seen, heard or read anything about any of the defendants?  Yes _____  No _____

    a.  If <u>yes</u>, what have you seen, heard or read? _____

    _____

    _____

    b.  Have you formed an opinion as to any of the defendants based on anything that you have seen, heard or read?  Yes _____  No _____

    c.  If <u>yes</u>, what is that opinion? _____

    _____

d.  Do you or does any relative or close friend know or have any connection with any of the defense attorneys, listed in the attachment marked Exhibit B, or their relatives or friends?

If you have selected anyone from the above list, please explain (without stating your relative's or friend's names, if applicable): _____

_____

46.  Do you believe there are such things as organized crime families, "La Cosa Nostra" or the "Mafia"?  Yes _____  No _____

47.  Do you (or any of your relatives or close friends) know anyone or have you ever had contact with anyone reputed to have ties to organized crime?  Yes _____  No _____

If yes, please explain the nature of the relationship, without naming the person reputed to have such ties:

_____

_____

48.  Would listening to testimony about racketeering, extortion, loansharking, union corruption, and gambling affect your ability to consider the evidence fairly and impartially in accordance with the instructions of the Court?  Yes _____  No _____

If yes, please explain:_____

_____

49.  Do you have any religious, philosophical, moral or other belief that might make you unable to render a guilty verdict for reasons unrelated to the law and the evidence? Yes _____ No ___

If yes, please explain:_____

_____

_____

50. Do you have any doubt that you will be able to apply the law as it is explained, even if you disagree with it?   Yes _____   No _____

     If <u>yes</u>, please explain: _____

     _____

     _____

51. Do you believe that, even if you felt that a defendant's guilt is proven beyond a reasonable doubt, you might for any reason be reluctant to return a verdict of guilty? Yes _____   No _____

     If <u>yes</u>, please explain: _____

     _____

     _____

52. Do you believe that, even if you felt that a defendant's guilt is NOT proven beyond a reasonable doubt, you might for any reason be reluctant to return a verdict of NOT guilty?

     Yes _____   No _____

     If <u>yes</u>, please explain: _____

     _____

     _____

53. Is there anything of which you are aware, or is there anything about the nature of the charges as they have been explained to you thus far, that would affect your ability to be a fair and impartial juror in this case?  Yes _____   No _____

     If <u>yes</u>, please explain:_____

     _____

     _____

54. Have you read or seen, on television or radio, print media, or the internet, or any other source, any news coverage regarding this case?  Yes _____  No _____

55. Have you formed any opinions about the case?

    a.   Yes _____  No _____

        If <u>yes</u>, please explain: _____

        _____

        _____

    b.   If you have formed opinions about this case, can you set them aside and base your decision entirely on the evidence presented in this courtroom, even if it conflicts with what you have previously heard?  Yes _____  No _____

        If <u>no</u>, please explain: _____

        _____

56. Every defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence presented at trial, decides that his guilt has been proven beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. The defendant has no burden of proof at all.

        Would you have difficulty following these rules?  Yes _____  No _____

        If <u>yes</u>, please explain: _____

        _____

        _____

57. Several of the defendants are charged with more than one crime. Under the law, you must consider each alleged crime separately.  You must find each defendant not guilty of each count unless the evidence that has been presented in court proves him guilty on that count beyond a reasonable doubt.

  Would you have difficulty following these rules?  Yes _____  No _____

  If yes, please explain: _____

  _____

  _____ -

58. Under the law, a defendant need not testify in his own defense.  If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty.

  Would you have difficulty following this rule?

  Yes _____  No _____

  If yes, please explain: _____

  _____

59. Some of the evidence in this trial may consist of photographs or videos taken of the defendant by law enforcement officials.  The evidence may also include tape-recordings of telephone and other conversations of the defendants and others intercepted by law enforcement officials pursuant to court authorization.  These investigative techniques are lawful and you may properly consider the evidence obtained in this manner.  Do you have any objections about the use of such evidence?

  a.  Yes _____  No _____

  If yes, please explain your objections: _____

  _____

  _____

b. If you have any objection to the use of such evidence, is there anything about your objection that would make it difficult for you to evaluate such evidence fairly and impartially?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

60. Some of the witnesses called by the government may have past criminal convictions, or may have been involved in some of the crimes charged in the indictment, or were involved in other serious criminal activity, including murder, extortion and other crimes. These witnesses have pleaded guilty and are testifying pursuant to lawful agreements with the government. Some of these witnesses may be hoping that their testimony will result in a reduced sentence or some other benefit. There is nothing unlawful about the government's use of such witnesses.

a. Do you have any objections to evidence and testimony obtained from this type of witness?

Yes _____ No _____

b. If you have any objection to that type of evidence or testimony, is there anything about your objections that would make it difficult for you to evaluate the testimony of such a witness fairly and impartially, in accordance with the Court's instructions?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

61. This case may receive attention in the media. Will you accept the proposition that the only evidence you should consider is the evidence received in this courtroom and that you are to ignore any statements made by the media?

Yes _____ No _____

62. Under the law, the facts are for the jury to determine and the law is for the judge to determine. You are required to accept the law as the judge explains it to you even if you do not like the law or disagree with it, and you must determine the facts according to those instructions.

Do you have any personal beliefs about what the law is or should be that would make it difficult to follow the Court's legal instructions, whatever they may be?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

63. Under the law, the question of punishment, if any, is for the Judge alone to decide. The question of punishment, if any, should not enter into your deliberations on whether the government has proven a defendant guilty beyond a reasonable doubt.

Would you have any difficulty following this rule?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

64. You may hear testimony from or about the people, locations, or entities listed on Attachment C. Please turn to Attachment C at the end of this packet and circle the name(s) of any person, location, or entity that you know or have any connection with.

## Trial Schedule

The Court and the parties expect that, after a jury is selected, this trial may last for as long as four months. During the trial, the Court expects to sit Monday through Thursday from 10 a.m. to 5 p.m.  Mere inconvenience or the usual financial hardships of jury service are insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service in this case would be a <u>serious</u> hardship?

Yes _____  No _____

If <u>yes</u>, please explain: _____

_____

_____

65. Do you have tickets and/or paid reservations for travel between September 5 and December 31, 2006?

Yes _____  No _____

If yes, please explain: _____

_____

_____