# ANTHONY S. ESPOSITO, P.C.

*ATTORNEYS AT LAW*
129 FRONT STREET
MINEOLA, NEW YORK 11501

TELEPHONE: *(516) 877-1878*
FAX: *(516)877 7-1890*

*ANTHONY ESPOSITO*

August 17, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Hon. Judge Kimba M. Wood
500 Pearl Street
New York, New York 10007

Attn: Hon. Judge Kimba M. Wood

Re: United States v Salvatore Esposito, et al
05 CR 774 (KMW)

Dear Hon. Judge Wood:

Please be advised that my client, Salvatore Esposito, has entered into a written plea agreement with the Government. A guilty plea will be scheduled for early next week before the magistrate.

Based on the above, I am requesting that both the defendant and counsel be excused from Friday's conference. The Government has no objection to this application. Thank you for your time and consideration of this matter.

Respectfully submitted,

Anthony Esposito, Esq. (AE8143)

AE/ch
cc: by ECF all parties

Dated: August 17, 2006

**SO ORDERED:**

_____

_____ **HONORABLE KIMBA M. WOOD**