USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/06

LAW OFFICES OF
**JAY GOLDBERG, P.C.**

MEMO ENDORSED

250 PARK AVENUE
TWENTIETH FLOOR
NEW YORK, NY 10177-0077

TELEPHONE (212) 983-6000
TELECOPIER (212) 983-6008

August 15, 2006

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: _United States v. Ianniello et al, 05 Cr. 774 (KMW)_

Dear Judge Wood:

We write to request that Matthew Ianniello be excused from appearing in court for the conference scheduled for this coming Friday, August 18, 2006. We have consulted with AUSA Timothy Treanor, and the Government takes no position on this application.

Respectfully,

Jay Goldberg

cc: Timothy Treanor
Assistant United States Attorney
All counsel

SO ORDERED, N.Y., N.Y. 8-17-06

KIMBA M. WOOD
U.S.D.J.