LAW OFFICES OF
**JAY GOLDBERG, P.C.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/06
```

250 PARK AVENUE
TWENTIETH FLOOR
NEW YORK, NY 10177-0077

TELEPHONE (212) 983-6000
TELECOPIER (212) 983-6008

September 14, 2006

**BY FAX (212) 805-7900**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE: *United States v. Ianniello et al*, 05 Cr. 774 (KMW)

Dear Judge Wood:

Mr. Ianniello respectfully requests permission to attend his granddaughter's baby naming on September 16, 2006 at the Central Synagogue, 652 Lexington Avenue, New York, NY, at 12:00, with a brunch to follow at 57 East 55th Street, at 1:00.

Assistant United States Attorney Timothy Treanor and Arthur Bobyak of pretrial services both have no objection to this request.

Respectfully,

Jay Goldberg

cc: Timothy Treanor
Assistant United States Attorney

SO ORDERED: N.Y., N.Y. 9-15-06

KIMBA M. WOOD
U.S.D.J.