

# Department of Justice

**United States Attorney**
**Eastern District of New York**

One Pierrepont Plaza
Brooklyn, New York 11201

Mailing Address: 147 Pierrepont Street
Brooklyn, New York 11201

FOR IMMEDIATE RELEASE
October 18, 2005

CONTACT: Robert Nardoza
United States Attorney's Office
(718) 254-6323

## GENOVESE FAMILY ACTING BOSS DOMINICK "QUIET DOM" CIRILLO AND THREE CAPTAINS PLEAD GUILTY TO RACKETEERING CHARGES

ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, announced the racketeering guilty pleas earlier today by four leading members of the Genovese Organized Crime Family of La Cosa Nostra, acting boss DOMINICK "Quiet Dom" CIRILLO, and Genovese captains LAWRENCE "Little Larry" DENTICO, JOHN "Johnny Sausage," BARBATO, and ANTHONY "Tico" ANTICO. On April 5, 2005, an indictment was unsealed charging the defendants with racketeering and racketeering conspiracy, including predicate acts of murder conspiracy, extortion, loansharking, and witness tampering.

The guilty plea proceedings were conducted before United States District Judge Sandra L. Townes at the U.S. Courthouse in Brooklyn. When sentenced by Judge Townes, the defendants each face a maximum sentence of 20 year's imprisonment, a $ 250,000 fine, and three years of supervised release.

The convictions announced today are the most recent product of a lengthy investigation into the criminal activities of the Genovese family, the largest mafia family operating in New York. To date, the investigation has resulted in the arrest and conviction of Genovese boss Vincent "Chin" Gigante1 and the acting or "street" bosses used by Gigante for the past decade, including Liborio Bellomo and Ernest "Ernie" Muscarella.2 In total, more than 40 Genovese family members and associates have been charged in the Eastern District of New York, based largely upon hundreds of hours of tape recordings made by a cooperating Genovese associate.

After Gigante was incarcerated in 1997, the leadership of the Genovese family passed to a committee known as the "administration." CIRILLO and DENTICO were members of the administration, and in that capacity represented the Genovese family in its dealings with other LCN families. In 2000, DENTICO represented the Genovese family at a commission meeting of all five New York families of LCN. Also in 2000, CIRILLO empaneled a committee of Genovese family leaders, including DENTICO, BARBATO and previously-convicted Genovese family captain Alan Longo, to determine whether to commit murder in the name of the criminal enterprise.

In pleading guilty today, the defendants admitted participating in the operation of the charged enterprise, the Genovese organized crime family. In addition, BARBATO admitted his role in two predicate acts of extortion conspiracy, and ANTICO admitted to participating in extortion conspiracy and witness tampering.

"These convictions have effectively dismantled the present leadership of the Genovese family of La Cosa Nostra," stated United States Attorney MAUSKOPF. "The defendants personally directed the criminal activities of the family, and represented its interests in dealing with the other La Cosa Nostra families in New York. Today we are one step closer to ridding our communities of the influence of organized crime." Ms. MAUSKOPF thanked the Federal Bureau of Investigation for its assistance in the case.

The government's case is being prosecuted by Assistant United States Attorneys Katya Jestin and Taryn A. Merkl.

**The Defendants:**

Name: DOMINICK CIRILLO
DOB: 07/04/29

Name: LAWRENCE DENTICO
DOB: 08/22/23

Name: JOHN BARBATO

DOB: 5/15/34

Name: ANTHONY ANTICO
DOB: 06/16/45

1 When Gigante was convicted in April 2003 in connection with this investigation, he was already serving a 12-year prison sentence based on a 1997 conviction in the Eastern District of New York.

2 In addition, former acting boss Frank "Farby" Serpico was arrested in April 2001, but died prior the conclusion of the case.

New York FBI Home Page          Press Releases