

U.S. Department of Justice

dv

United States Attorney
Southern District of New York

One Saint Andrew's Plaza
New York, New York 10007

November 17, 1989

Regional Commissioner
United States Parole Commission
2nd & Chestnut Street, 7th Floor
Philadelphia, Pa.   19106

    Re:  <u>Matthew Ianniello</u>
           <u>Reg. No. 10212-016</u>

Dear Commissioner:

      This is to advise you of the cooperation and assistance provided to the Government by Matthew Ianniello.

      This Office has been involved in the investigation of the 1979 disappearance of a young boy named Etan Patz. In the course of the investigation both the FBI and this office sought to speak to an individual who it was believed might possess information concerning the Etan Patz disappearance.

      This individual did not want to speak to the Government agents and made himself difficult to locate. It was learned that this individual, at one time, worked at a place in which Matthew Ianniello had a business interest.

      Jay Goldberg, Esq., counsel for Mr. Ianniello, was contacted and asked to speak to Mr. Ianniello in order to help the Government find his former employee.

      Within a short period of time this office was contacted and AUSA Stuart GraBois was told that the individual was available to be interviewed.



dv

Regional Commissioner                                              -2-

       AUSA GraBois and FBI Agent Kenneth Ruffo met with and interviewed this individual as a result of the cooperation and assistance provided by Matthew Ianniello.

       Should you have any questions please contact me.

       Very truly yours,

       OTTO G. OBERMAIER
       United States Attorney

By: _____
    STUART GRABOIS
    Assistant United States Attorney
    Tel.: (212) 791-9266

cc: Jay Goldberg, Esq.
    250 Park Ave.
    New York, New York  10177