# Dr. Sheldon Zuckerman
# Dr. Albert J. Ferrara
# Dr. Elizabeth G. Mirro

1103 Stewart Avenue
Suite 210
Garden City, N.Y. 11530

*Board Certified in Internal Medicine*
*Diplomates of the American Board of Internal Medicine*

Telephone: (516) 745-0303
Fax: (516) 745-0588

August 18, 2006

RE: Matthew Ianniello

To Whom It May Concern:

Mr. Ianniello has been under my care since 1999. He suffers from a multiplicity of medical problems including Congestive Heart Failure, Coronary Artery Disease, Severe Bronchial Asthma, Diabetes Mellitus, Sleep Apnea, Prostate Cancer, Spinal Stenosis and Chronic Renal Failure. Mr. Iannello has also received a triple by pass. His life expectancy, with his current ailments, is less than five years.

The complexity of his medical problems makes diagnosing and treating his deteriorating health extremely challenging. It is my opinion that, without care being given by physicians that are fimiliar with his case, his deterioration and death will be hastened.

Sincerely,

*[signature]*

Albert Ferrara M.D.