A.   March 31, 2005 – Dr. Toonkel to Dr. Kurzer Re: Prostate Cancer Seeding

B.   April 18, 2005 – Dr. Cassis Medical Report

C.   April 21, 2005 – Dr. Toonkel – Followup to Dr. Kurzer

D.   September 19, 2005 – Dr. Ferrara Medical Report

E.   August 8, 2006 – Dr. Glasser Medical Report

F.   August 11, 2006 – Dr. Sporkin Medical Report

G.   August 18, 2006 – Dr. Ferrara Medical Report

H.   August 21, 2006 – Dr. Korrapati Medical Report

I.   September 18, 2006 – Dr. Cassis Medical Report

J.   November 9, 2006 – Dr. Greenberg St. Francis Re: Pacemaker

K.   March 8, 2007 – Dr. Greenberg Medical Report

L.   March 22, 2007 – Dr. Klinger Medical Report

**MI Meds**    (additional records on its way)

8/27/2006

| Date | Description | Event or Ailment | Health Care Provider |
|------|-------------|------------------|----------------------|
| 03/12/87 | Gov Med Records 87'-95' (Package) | Documenting ailments/symptoms of Respiratory, Diabeties, Nurse documented Speech issue 87', Leg pain, NTG, Nose Bleeds, Abdominal, Sleep Apnea, Rotator Cuff, Vascular, Cardio-pulmanary abnormaility Degenerative Spine | Gov Facility |
| 11/13/90 | Letter explaining office visit | Heart - Exam and reference to Stroke | Dr. Terence Ross Cardiology Associates Lexington, KY |
| 01/01/96 | Letter explaining need for Warm Climate - unknown date | Letter discussing Resporatory issue | Dr. Joseph Pisciotto Glendale Medical Grp 516 746 2854 |
| 01/11/96 | Med Record - Heart Procedure | Heart Procedure | Dr. Michael Sassower Cardio Medical  Assoc. Mineola, NY 516 741 2776 |
| 01/12/96 | Letter explaining recent Cardio Surgery | Heart blockage and disease - Surgery - Catheterization plus. | Dr. Michael Sassower Cardio Medical  Assoc. Mineola, NY 516 741 2776 |
| 01/12/96 | Letter explaing Heart Procedure | Heart Procedure | Dr. Michael Sassower Cardio Medical  Assoc. Mineola, NY 516 741 2776 |
| 01/15/96 | Med Record | Chronic Venous Stasis (Leg) | Dr. Lewis Williams Winthrop Cardio Mineola, NY 516 739 0030 |
| 01/25/96 | Pulmonary Function Report | Asthma Resp Exam | Dr. Fred Glasser Mineola, NY |
| 01/26/96 | Letter explaining office visit | Urological Consult | Dr. Michael Ferragamo Dr. Anthony Bruno |
| 01/30/96 | Letter explaining Lung Disease care | Short letter stating under care | Dr. Mitchell Efros Dr. Joseph Pisciotto Glendale Medical Grp 516 746 2854 |
| 01/30/96 | Letter explaining office visit | Lungs | Dr. Fred Glasser Mineola, NY |
| 02/12/96 | Med Record | Leg Stasis Remain / Ulcers stable.  Meds | Dr. Lewis Williams Winthrop Cardio Mineola, NY 516 739 0030 |
| 02/12/96 | Letter explaining need for Warm Climate | Letter discussing pulmonary vascular disease and need for warmer climate | Dr. Lewis Williams Winthrop Cardio Mineola, NY 516 739 0030 |
| 02/18/97 | Med Record - Leg Issue - Exam | Leg Claudication Numbness | Dr. Daniel Cassis Miami Heart Institute |
| 02/18/97 | Med Record - Exam Results | Poor flow over tibialis artery | Dr. A. Vargas Miami Heart Institute |
| 02/18/97 | Report Imaging - Chest / Ribs | Chest | Dr. Daniel Cassis Miami Heart Institute |

**MI Meds**    (additional records on its way)

8/27/2006

| Date | Description | Event or Ailment | Health Care Provider |
|------|-------------|------------------|----------------------|
| 03/03/97 | Med Record - Fractured Rib | Fractured Rib and Lung Exam | Dr. James Lapkoff |
| 03/03/97 03/13/97 | Med Record - Foot and Ulcer Report - Wound Recovery Exam | Foot and Ulcer Exam | Dr. Jerald Carmel Wound Care Center South Florida |
| 03/31/97 | Med Record - Foot | Foot Injury | Dr. Daniel Cassis Miami Heart Institute |
| 04/10/97 | Report - Surgeon Prostate | Prostatic Hypertrophy - Biopsy | Dr. Oscar Kurzer Miami Heart Institute |
| 03/09/98 | Report - Chest Xray - Heart | Heart size at upper limits | Dr. Daniel Cassis Miami Heart Institute |
| 05/06/98 | Report - Film | | Dr. Daniel Appelbaum ProHealth Care Assoc Lake Success. NY |
| 07/29/98 | Report - Cardio and Blood Workup | Cardiology | Dr. Daniel Appelbaum ProHealth Care Assoc Lake Success. NY |
| 10/21/98 | Report - Cardio and Blood Workup | Cardiology | Dr. Daniel Appelbaum ProHealth Care Assoc Lake Success. NY |
| 04/26/99 | Med Record - Exam Results | Shortness of Breath / Energy - obstructive pulmonary disease and coronary artery disease and weight issue | Dr. Daniel Cassis Miami Heart Institute |
| 04/26/99 | Report - Coronary Tests | Heart | Dr. Daniel Cassis Miami Heart Institute |
| 04/27/99 | Report - Blood Workup | Blood | Lab Corp Tampa. FL |
| 01/17/00 | Med Record - Exam Results Report - Arterial Leg | Pain in Feet | Dr. Daniel Cassis Miami Heart Institute Miami Beach. FL |
| 01/26/00 | Report - Blood / Urine Workup | Complete Blood Workup | Dr. Daniel Cassis Miami Heart Institute Miami Beach. FL |
| 01/26/00 | Report - Blood / Urine Workup | Complete Blood Workup | Dr. Daniel Cassis Miami Heart Institute Miami Beach. FL |
| 02/08/00 | Med Record - Exam Results Report - Ecocardiogram 2/4/00 | | Dr. Daniel Cassis Miami Heart Institute Miami Beach. FL |
| 02/22/00 | Report - Blood Workup | | Dr. Daniel Cassis Miami Heart Institute Miami Beach. FL |
| 02/22/00 | Med Record - Exam Results Report - Blood Workup | Resporatory Issue | Dr. Daniel Cassis Miami Heart Institute Miami Beach. FL |
| 04/03/00 | Med Record - Exam Results Report - Blood Workup | All - Follow up | Dr. Daniel Cassis Miami Heart Institute Miami Beach. FL |
| 04/03/00 | Med Record - Exam Results Report - Blood Workup | All - Follow up | Dr. Daniel Cassis Miami Heart Institute Miami Beach. FL |

**MI Meds**   (additional records on its way)

8/27/2006

| Date | Description | Event or Ailment | Health Care Provider |
|------|-------------|------------------|----------------------|
| 04/11/00 | Med Record - Exam Results Report - Blood Workup | All - Follow up | Dr. Daniel Cassis Miami Heart Instititute Miami Beach. FL |
| 04/25/00 | Med Record - Headache | Headache - no trauma | Dr. Daniel Cassis Miami Heart Institute Miami Beach. FL |
| 04/28/00 | Med Record | Brain | Dr. Daniel Cassis Miami Heart Instititute Miami Beach. FL |
| 05/01/00 | Med Record - Cat Scan Head | Cat Scan - Head | Dr. Daniel Cassis Miami Heart Instititute Miami Beach. FL |
| 05/12/00 | Report - Blood / Urine Workup | Complete Blood Workup | Dr. Ferrara Cardiovascular Med Assoc Garden City. NY |
| 05/25/00 | Report - Spine | Spine and Blood | Dr. William Wortman Nassau Radiologic Group Garden City. NY |
| 11/02/00 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 01/15/01 | Med Record | Returned to FL from NY After Heart Vessel Bypass | Dr. Daniel Cassis Miami Heart Instititute Miami Beach, FL |
| 01/24/01 | Med Record | New Blood Workup & EKG Tongue / Stem | Dr. Daniel Cassis Miami Heart Instititute Miami Beach. FL |
| 02/01/01 | Med Record - MRI Brain | Explanation of MRI Brain | Dr. Daniel Cassis Miami Heart Instititute Miami Beach. FL |
| 02/04/01 | Report - EKG | EKG Explanation and Results | Dr. Daniel Cassis Miami Heart Instititute Miami Beach. FL |
| 02/12/01 | Med Record | Tongue / Stem | Dr. Daniel Cassis Miami Heart Instititute Miami Beach. FL |
| 02/22/01 | Med Record - MRI Neck | Explanation of MRI neck Regarding the Tongue | Dr. Allen Kantrowitz |
| 03/21/01 | Report MRI - Tongue | MRI of Tongue | Dr. Bruce Weissman Mt. Sinai Med Center Miami Beach. FL |
| 04/06/01 | Med Record | Tongue / System Review Brain Stem Issue Blood Workup | Dr. Daniel Cassis Miami Heart Instititute Miami Beach, FL |
| 05/08/01 | Med Record | Tongue / System Review | Dr. Daniel Cassis Miami Heart Instititute Miami Beach. FL |
| 10/30/01 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 11/09/01 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |

**MI Meds**   (additional records on its way)

8/27/2006

| Date | Description | Event or Ailment | Health Care Provider |
|---|---|---|---|
| 01/04/02 | Report - MRI | MRI Cervical Spine | Dr. Daniel Cassis<br>Miami Heart Instititute<br>Miami Beach. FL |
| 01/16/02 | Report - Blood Workup | | Dr. Daniel Cassis<br>Miami Heart Instititute<br>Miami Beach. FL |
| 03/21/02 | Med Record - | Shoulder | Dr. John Zvijac<br>Uhz Sports Medicine Inst<br>Coral Gables. FL |
| 04/02/02 | Report - Ultra Sound Prostate Biop | Urological / Prostatis<br>Procedure Ultrasound and<br>Needle Biopsy | Dr. Oscar Kurzer<br>Mt. Sinai Med Center<br>Miami Beach, FL |
| 04/02/02 | Report - Ultra Sound Prostate Biop | Urological / Prostatis<br>Procedure Ultrasound and<br>Needle Biopsy | Dr. Oscar Kurzer<br>Mt. Sinai Med Center<br>Miami Beach, FL |
| 04/10/02 | Med Record - Exam Urological | Urological / Prostatis | Dr. Oscar Kurzer<br>Miami Heart Instititute<br>Miami Beach. FL |
| 04/10/02 | Med Record - Exam Urological | Urological / Prostatis | Dr. Oscar Kurzer<br>Miami Heart Instititute<br>Miami Beach. FL |
| 04/22/02 | Report - Blood Workup | | Dr. Daniel Cassis<br>Miami Heart Instititute<br>Miami Beach. FL |
| 06/05/02 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 09/11/02 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 10/31/02 | Report - Blood Workup | Complete Workup | Dr. Albert Ferrara<br>Garden City, NY |
| 12/27/02 | Report - Blood Workup | Quest Diagnostics<br>Electrolyte Panel | Dr. Albert Ferrara<br>Garden City, NY |
| 01/24/03 | Report - Bone Density | Bone Density | Schick Technologies, Inc. |
| 03/10/03 | Med Record | MRI - Lumbar, Spine | Dr. Daniel Rudensky<br>Biscayne Diagnostic Image<br>Aventura. FL |
| 03/10/03 | Med Record - MRI of Spine | Spine | Dr. Daniel Rudensky<br>Biscayne Diagnostic Image<br>Aventura. FL |
| 03/18/03 | Report | MRI - Brain | OMI MRI Network<br>North Miami, FL |
| 03/18/03 | Report - MRI | MRI Spine | OMI MRI Network<br>North Miami. FL |
| 03/24/03 | Med Record - Review of Spine MRI | Neck Pain - Review of MRI<br>of the Spine | Dr. Roberto Heros<br>Univ Miami Hospital<br>Miami. FL |
| 05/13/03 | Report - Blood Workup | Blood Workup | Quest Diagnostic |
| 06/03/03 | Operation Report | Second Toe / Foot | Dr. Jerald Carmel<br>Mount Sinai Med Ctr<br>Miami. FL |

**MI Meds**     (additional records on its way)

8/27/2006

| Date | Description | Event or Ailment | Health Care Provider |
|---|---|---|---|
| 06/10/03 | Report - Wound Care | Post Operative Care | Dr. Jerald Carmel<br>Mount Sinai Med Ctr<br>Miami. FL |
| 06/17/03 | Report - Wound Care | Post Operative Care | Dr. Jerald Carmel<br>Mount Sinai Med Ctr<br>Miami. FL |
| 07/01/03 | Report - Wound Care Foot | Post Operative Care | Dr. Jerald Carmel<br>Mount Sinai Med Ctr<br>Miami. FL |
| 07/09/03 | Med Records | MRI - Cervix Spine, Kidney, Cervex, Abdomin, Brain | Dr. Pramod Gupta<br>Faculty Practice Radiology<br>New York. NY |
| 07/09/03 | Report - PET Brain Scan | PET Brain Scan | Dr. Pramod Gupta<br>Faculty Practice Radiology<br>New York. NY |
| 09/03/03 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 09/11/03 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 10/07/03 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 10/08/03 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 12/17/03 | Med Records | Heart | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 12/17/03 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 01/08/04 | Report - EKG | EKG | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 01/28/04 | Medical Record | Chest Pain | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 01/28/04 | Medical Record - Stress Test | Stress Test - Discontinued | Dr. Eugene Sayfie<br>Aventura Hospital Med Ctr<br>Aventura. FL |
| 01/28/04 | Medical Record - Heart Stress | Heart | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 04/22/04 | Report - Oncology | Oncology | Dianon Systems |
| 05/01/04 | Hospital Admission / Discharge | Fever w/ Cough | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 05/01/04 | Medical Record  - Heart / Chest Hospital Admission | Heart / Chest | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |

**MI Meds**   (additional records on its way)

8/27/2006

| Date | Description | Event or Ailment | Health Care Provider |
|------|-------------|------------------|----------------------|
| 05/02/04 | Medical Record - Chest | Chest Exam | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 05/03/04 | Medical Record - Abdominal | Abdominal Exam | Dr. Alan Drexler<br>Mt. Sinai / Miami Heart Inst |
| 05/10/04 | Report - Lung / Chest Imaging | Lungs - Test | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 05/12/04 | Hospital Admission / Discharge | Fever w/ Cough | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 05/12/04 | Medical Record -<br>Hospital Discharge | Cough with Fever and EKG,<br>Dr. Ken Ratzan | Dr. Marc Csete<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 05/19/04 | Medical History - Respratory | Full Med History | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 08/02/04 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 08/03/04 | Medical Record - Chest Exam | Chest - Cardio | Nassau Radiological<br>Garden City, NY |
| 08/16/04 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 08/27/04 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 09/02/04<br>09/13/04 | Report - Blood Workup<br>Medical Record | Blood Workup<br>Cardio | Quest Diagnostic<br>Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 09/21/04 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 10/13/04 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 11/05/04 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 12/15/04 | Medical Record | Cardio | Dr. Bradley Sporkin<br>Cardiovascular Med Assoc<br>Garden City, NY |
| 01/25/05 | Report - Full Blood Workup | Blood Workup | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 01/25/05 | Letter / Report - Returning to FL<br>with Blood Workup | Appointment after Returning<br>to FL - Blood Workup | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |
| 01/25/05 | Medical Record | Office Visit - Neuro | Dr. Daniel Cassis<br>Mt. Sinai / Miami Heart Inst<br>Miami Beach. FL |

**MI Meds**      (additional records on its way)

8/27/2006

| Date | Description | Event or Ailment | Health Care Provider |
|---|---|---|---|
| 03/08/05 | Venous Doppler Study | General | Miami Intl Cardiology |
| 03/21/05 | Letter from Toonkel - Cancer Ctr | Prostate | Dr. Leonard Toonkel |
| | | | Mt. Sinail Comprehsive |
| | | | Cancer Center |
| 03/22/05 | Report - Full Blood Workup | Blood Workup | Lab Corp |
| | | | Tampa, FL |
| 03/22/05 | Report - Blood Workup | Blood Workup | Lab Corp |
| | | | Tampa, FL |
| 03/22/05 | Venous Doppler Study | GI | Miami Intl Cardiology |
| 03/23/05 | Report - Blood Workup | Blood Workup | Lab Corp |
| | | | Tampa, FL |
| 03/24/05 | Letter from Weissman / Report | Tongue and Throat | Dr. Bruce Weissman |
| | | | Mt. Sinai Med Center |
| 03/25/05 | Report - Oncology | Report - Oncology | Miami Beach, FL |
| 04/06/05 | Venous Doppler Study | GI | Dianon Systems |
| 04/12/05 | Letter / Report | General Health and report on | Miami Intl Cardiology |
| | | multiple health issues | Miami Intl Cardiology |
| 04/13/05 | Venous Doppler Study | Shortness of Breath | |
| 04/30/05 | Venous Doppler Study | Doppler - Prostate | Miami Intl Cardiology |
| 05/01/05 | Medical Record - Heart / Chest | Heart / Chest | Miami Intl Cardiology |
| | | | Dr. Daniel Cassis |
| | | | Mt. Sinai / Miami Heart Inst |
| 05/02/05 | Medical Record - Heart / Chest | Heart / Chest | Miami Beach. FL |
| | | | Dr. Daniel Cassis |
| | | | Mt. Sinai / Miami Heart Inst |
| 05/03/05 | Medical Record - Liver / Spleen | Liver / Spleen | Miami Beach. FL |
| | | | Dr. Daniel Cassis |
| | | | Mt. Sinai / Miami Heart Inst |
| 05/04/05 | Medical Record - Heart | Heart | Miami Beach. FL |
| | | | Dr. Daniel Cassis |
| | | | Mt. Sinai / Miami Heart Inst |
| 05/06/05 | Medical Record - Heart | Heart | Miami Beach. FL |
| | | | Dr. Daniel Cassis |
| | | | Mt. Sinai / Miami Heart Inst |
| 05/10/05 | Medical Record - Heart | Heart | Miami Beach. FL |
| | | | Dr. Marc Csete |
| | | | Mt. Sinai / Miami Heart Inst |
| 06/24/05 | Medical Record | Cardio | Miami Beach. FL |
| | | | Dr. Bradley Sporkin |
| | | | Cardiovascular Med Assoc |
| 07/06/05 | Medical Record | Cardio | Garden City, NY |
| | | | Dr. Bradley Sporkin |
| | | | Cardiovascular Med Assoc |
| 07/21/05 | Medical Record | Cardio | Garden City, NY |
| | | | Dr. Bradley Sporkin |
| | | | Cardiovascular Med Assoc |
| 07/29/05 | Letter from Zukerman on Health | Letter on Bad Health | Garden City, NY |
| | | | Dr. Albert Ferrara |
| 08/19/05 | Report - Full Blood Workup | Blood Workup | Garden City, NY |
| | | | Sunrise Medical Lab |
| 08/29/05 | Report - Blood / Heart | Report - Blood / Heart | Hauppage, NY |
| | | | Dr. Fred Glasser |
| | | | Mineola, NY |

**MI Meds**   (additional records on its way)

9/7/2006

| Date | Description | Event or Ailment | Health Care Provider |
|---|---|---|---|
| 09/07/05 | Letter / Report | General Health and report on multiple health issues | Dr. Fred Glasser Mineola, NY |
| 09/19/05 | Letter - Nephrologoy | Blood - Diabetes | Dr. Madhu Korrapti Queens-Nassau Nephro Services Garden City, NY |
| 10/12/05 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 10/12/05 | Medical Record - Cardio | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 11/09/05 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 11/09/05 | Medical Record - Chest X-Ray | Chest -Xray | Metro Diag Imaging Garden City, NY |
| 11/30/05 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 12/05/05 | Medical Record - Stress Test | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 12/14/05 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 03/01/06 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 04/05/06 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 05/03/06 | Report - Blood Workup | Blood Workup | Sunrise Medical Lab Hauppage, NY |
| 06/07/06 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 07/31/06 | Report - Blood Workup | Blood Workup | Sunrise Medical Lab Hauppage, NY |
| 08/08/06 | Letter - Cardio | Cardio | Dr. Fred Glasser Cardiovascular Med Assoc Garden City, NY |
| 08/08/06 | Medical Record - Letter  Historical and Current Condition - | Office Visit 7/24/06 | Dr. Fred Glasser Advanced Pulmonary Diag Mineola, NY |
| 08/09/06 | Report - EKG | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City, NY |
| 08/09/06 | Medical Record - Vascular | Heart | Dr. Jeffrey Leonardis Cardiovascular Med Assoc Garden City, NY |

**MI Meds**   (additional records on its way)

9/7/2006

| Date | Description | Event or Ailment | Health Care Provider |
|------|-------------|------------------|----------------------|
| 08/11/06 | Medical Record | Cardio | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City,  NY |
| 08/11/06 | Medical Record - Letter to Lawyer | Cardio - Letter to Lawyer | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City,  NY |
| 08/11/06 | Letter - Cardio - Letter to Layer Orig | Cardio - This is a letter summary of Med | Dr. Bradley Sporkin Cardiovascular Med Assoc Garden City,  NY |
| 08/18/06 | Letter - Regarding all Med Issues | Letter - Regarding Healthcare | Dr. Ferrara Garden City,  NY |
| 08/21/06 | Medical Record - Results/Recommendations | Kidney - Diab - 50% functionality | Dr. Korrapati Nephrology Services Garden City,  NY |