

# Cardiovascular Medical Associates, P.C.

975 Stewart Avenue • Garden City, New York 11530-4831 • (516) 222-8620 • Fax: (516) 745-5485

August 11, 2006

Jay Goldberg, Attorney at Law
250 Park Avenue, 20th Floor
New York, NY 10177

RE: Matthew Ianniello

Dear Sir:

As formally requested by Mr. Ianniello on August 10 I have been asked to comment on his present clinical cardiovascular status. As you are aware we are following this patient in regard to cardiovascular issues only.

Mr. Ianniello underwent coronary bypass grafting in August of 2000 by Dr. Lomandola at St. Francis Hospital. Since that time he has had intermittent periods of cardiopulmonary instability but progressive exercise limitation and ongoing pulmonary problems. In 2003 we had seen the patient at Winthrop University Hospital because of what was felt to be new onset congestive heart failure. He subsequently underwent invasive study of St. Francis Hospital. Although that study did not include a right heart catheterization, there was evidence of graft patency but elements of left ventricular dysfunction and diastolic heart failure. With aggressive diuresis and drug therapy he stabilized. Since that time he has had requirements for close attention to fluid, renal insufficiency, pulmonary dysfunction, but no elements of angina pectoris or profound heart failure.

Subsequent non-invasive cardiovascular studies within the last one to two years again confirm the fact that indeed there is moderately severe exercise limitation by virtue of limited cardiac work performed on a bicycle ergometry format, and continued concerns in regard to electrical conduction pathology as well as right heart disease with pulmonary hypertension. This is manifested by Mr. Ianniello demonstrating intermittent periods of fluid retention and overall exercise and aerobics limitation.

Although on most recent visit he shows clinical stability he has somewhat tenuous cardiovascular abnormalities that will continue to require follow-up. Therefore, although Mr. Ianniello is able to carry out his activities of day-to-day living, there is continued potential cardiovascular and cardiopulmonary decline and requirements for follow-up monitoring and observation.

This patient also has follow-up scheduled with his medical physician, Dr. Albert Ferrara and



Page 2
Ianniello, Matthew
08/11/2006

pulmonary physician, Dr. Fred Glasser shortly. Their comments will also have relevance in regard to his functional capacity and prognosis.

If there are any further questions, please do not hesitate to contact me directly.

Sincerely,

*[signature]*

BRADLEY SPORKIN, M.D.

BDS/md
19611
CC: Mr. Matthew Ianniello
10 Tredwell Drive
Old Westbury, NY 11568