# St. Francis Hospital Arrhythmia Center

100 Port Washington Blvd.
Roslyn, NY 11576
Tel: 516-562-6646  Fax: 516-562-6671

Copyright © 2007 Medtronic, Inc.

Thursday, March 08, 2007

Matthew Ianniello
10 Tredwell Drive
Old Westbury, NY  11568

Dear Matthew,

Below is a schedule of your clinic visits and telephone pacemaker check dates.

If for any reason you are unable to keep a scheduled test date(s), please call us in advance to let us know.

**Clinic Visit Schedule:**

| Date | Time |
|---|---|
| **Tuesday, May 08, 2007** | **11:45 am** |
| **Tuesday, July 10, 2007** | **12:15 pm** |
| **Thursday, September 20, 2007** | **10:45 am** |

The frequency of telephone checks may have increased due to the age of your pacemaker. The older your pacemaker, the more frequent it will need to be checked. Please do not hesitate to contact us with any questions.

Arrhythmia Center