August 16, 1989

Correctional Officer Gilmore

Incident Occuring While Unit Officer on 11 North

Mr. George Wigen, Warden, Metropolitan Correctional Center, N.Y.

    During the month of __July__ of 1988, I was assigned as the Evening Duty Correctional Officer on Unit 11 North.

    After the nine o'clock count I was making my routine rounds when I was struck with an object, which later was determined to be a billiard ball. I was knocked unconsciuous from the blow and fell face first to the floor where I again struck my forehead causing a cut that took several stitches.

    While I lay unconscious on the floor, I was assisted by inmate Matthew Ianniello 10212-016, a resident on 11 North. I understand that inmate Ianniello pushed the body alarm button, and stood over me to protect me while other inmates jeered, hooted, and laughed.

    The first two Correctional Officers to answer the body alarm were Officers Ventura and Friday, who then took charge and assisted me, and locked down the unit.

    Inmate Ianniello should be commended for his outstanding actions in assisting me, and keeping a volatile situation under control which could have resulted in futher harm, distruction of government property, and possible escape.

