## ENLISTED RECORD AND REPORT OF SEPARATION
## HONORABLE DISCHARGE

IANNIELLO MATTHEW

BTRY C 870 AAA AW BN

32 693 598    PVT    GAC    AUS

579 E 4TH ST BKLYN NY

24 DEC 45    SEP CTR FT DIX NJ

BEE 9    18 JUN 20    NY NY
         BRN   BLK   5-11   210

ELECTRICIAN HELPER 4-97.010

23 DEC 42    1 JAN 43    NYC NY
                         1736 65 ST NY NY

GUNNER ANTI AIRCRAFT 601    RIFLE MRM 176  10 JUN 43
BISMARCK ARCHIPELAGO LUZON   NEW GUINEA  SOUTHERN PHILIPPI
GO 33 WD 45 AS AMENDED

ASIATIC PACIFIC SERVICE MEDAL  BRONZE STAR MEDAL
GOOD CONDUCT MEDAL  PHILIPPINES LIBERATION RIBBON
WORLD WAR II VICTORY MEDAL

NONE

2 JAN 43  GAUCHE  1 OAUEN 3  NONE
                              29 AUG 43  EPTO   29 SEP 43
        8 10 2 9 14    CPL   22 NOV 45   USA    12 DEC 45

NONE

AND BR 1-1 DEMOBILIZATION CONVENIENCE OF THE GOVERNMENT AR 615-365 15 DEC 44

NONE

PAY DATA    8  4  D

$100  $300  $100   NONE   14.05   182.48   J HARRISCOL FD

31 DEC 45   31 JAN 46    6.60

LAPEL BUTTON ISSUED
INACTIVE ERC FROM 25 DEC 42 TO 31 DEC 42    JAN 4 1946
ASR SCORE (2 SEP 45) 83
                                            FRANCIS J SINNOT
                                            KINGS COUNTY CLERK

J E WHITE JR CAPT AC    1/3/46

BACK

BACK



Your awards have been shipped from:

TACOM
IMMC, Soldier Systems Team
PO Box 57997
Philadelphia, PA 19111-7997

Your request number is A370916595WHU for Matthew J Ianniello

If you have problems with this shipment, you can contact: 215-737-2515

Or connect to our web site at: http://veteransmedals.army.mil

010 BRONZE STAR MEDAL — ? WWWWW?
020 GOOD CONDUCT MEDAL
029 ASIATIC-PACIFIC CAMPAIGN MEDAL & BRONZE STAR ATTACHMENT (QUADRUPLE)
031 WORLD WAR II VICTORY MEDAL
062 PHILIPPINE LIBERATION RIBBON
068 HONORABLE SERVICE LAPEL BUTTON WWII
072 MARKSMAN BADGE & RIFLE BAR

WWII Victory Medal
& Honorable Service Pin