OCT 11 10 From:NICHOLAS KAIZER    212+861+9430    To:212 983 6008    P.2/8
Case 1:05-cr-00774-KMW   Document 525-13   Filed 04/09/07   Page 1 of 1



HEADQUARTERS SIXTH ARMY
APO   442

GENERAL ORDERS)                                                                29 June 1944.

NUMBER 101)

EXTRACT

Section
AWARDS OF SOLDIER'S MEDAL . . . . . I
AWARD OF BRONZE STAR MEDAL . . . . II

\*\*\*\*       \*\*\*\*       \*\*\*\*       \*\*\*\*       \*\*\*\*       \*\*\*\*\*       \*\*\*\*\*

II. **AWARD OF BRONZE STAR MEDAL.** By direction of the President, under the provisions of Executive Order No. 9419, 4 February 1944, (Sec II, Bulletin 3, WD, 1944), a Bronze Star Medal is awarded by the Commanding General, Sixth Army, to the following named enlisted man:

Corporal MATTHEW IANNIELLO, 32693592, Coast Artillery Corps, United States Army, APO 323. For gallantry in action at Cape Merkus, New Britain. During the night of 16 December 1943, when one gun in the perimeter defense of his unit was endangering friendly troops with misdirected fire, Corporal Ianniello, convinced that the gun had not fallen to the enemy, crawled forward to the position despite heavy fire and the strong possibility of the enemy's having the gun. He shouted to stop the fire, then readjusted the range. By his intrepid action, Corporal Ianniello saved the gun crew, prevented unnecessary casualties and facilitated coordination of the defense. Home address: Mrs. Margaret Ianniello, (Mother), 1736 65th Street, Brooklyn, New York.

By command of Lieutenant General KRUEGER:

G. H. DECKER,
Colonel, General Staff Corps,
Chief of Staff.

OFFICIAL:

s/ L. H. Rockafellow
L. H. ROCKAFELLOW,
Col., A.G.D.,
Adj. Gen.

A TRUE EXTRACT COPY

TOLBERT M. BRANTLEY,
1st Lt., C.A.C.,
Adjutant., 470th AAA AW Bn

OCT-11-2006 10:48AM   From: 516 747 2026          ID:NICHOLAS KAIZER          Page:001  R=92%