USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/07



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

    -v.-                         :     ORDER OF FORFEITURE

MATTHEW IANNIELLO,          :     05 Cr. 774 (KMW)

         Defendant.     :

- - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about August 30, 2006, MATTHEW IANNIELLO, (the "Defendant"), was charged in a one-count Information 05 Cr. 774 (KMW) (the "Information") with participating in the conduct of the affairs of the racketeering enterprise described in the Information through the commission of a pattern of racketeering activity, in violation of Title 18, United States Code, Section 1962(c). The pattern of racketeering activity charged in Count One of the Information specifically includes the following racketeering acts: (i) Racketeering Act One: receiving unlawful labor payments, in violation of Title 29, United States Code, Section 186 and Title 18, United States Code, Section 2; and (ii) Racketeering Act Two: conspiring to obstruct justice, in violation of Title 18, United States Code, Sections 1512(c) and 1512(k).

        WHEREAS, the Information included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 1963(a)(1), (a)(2), and (a)(3), all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the

MICROFILM
APR 26 2007 -12:00 PM

Returned to chambers for scanning on _____
Scanned by chambers on 4/30/07

offense, including, but not limited to a sum of money equal to $1,000,000.00 in United States Currency;

WHEREAS, on or about September 14, 2006, pursuant to a plea agreement, the defendant pled guilty to the Information and to the forfeiture allegation;

WHEREAS, the parties agreed that the defendant shall fully satisfy his forfeiture obligation under the Information by providing the Government with a check in the amount of $75,000.00, made payable to the United States Marshals Service ~~at the time of sentencing.~~ within 10 days of this Order. —KW

WHEREAS, on or about April 16, 2007, the defendant was sentenced and ordered to forfeit a sum of money equal to $75,000.00 in United States currency;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense in the Information, for which the defendant entered a plea of guilty, a money judgment in the amount of $75,000.00 shall be entered against the defendant, which shall be deemed satisfied upon the Governments receipt of the check described above.

2. The United States of America shall be authorized to deposit the Forfeited Funds in the Asset Forfeiture Fund, and the United States shall have clear title to the Forfeited Funds.

2

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, MATTHEW IANNIELLO, at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

4. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorneys, Lisa Korologos and Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
April *16*, 2007

SO ORDERED:

*/s/ Kimba M. Wood*
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE