LAW OFFICES OF
**JAY GOLDBERG, P.C.**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07
```

250 PARK AVENUE
TWENTIETH FLOOR
NEW YORK, NY 10177-0077

June 11, 2007

TELEPHONE (212) 983-6000
TELECOPIER (212) 983-6008

**BY FAX (212) 805-7900**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   *United States v. Ianniello et al, 05 Cr. 774 (KMW)*

Dear Judge Wood:

We write this letter with the consent of AUSA Timothy Treanor.

This 87 year old defendant is to surrender on July 9, 2007 to FMC Butner. We request permission for Mr. Ianniello to attend a family birthday party for his niece in the afternoon to early evening on June 30, 2007. The party will be at his niece's residence at 24 Watersedge Lane, Mt. Sinai, New York 11766.   ] Granted KMW

We also request permission, again with the consent of AUSA Treanor, for Mr. Ianniello to go to a farewell dinner with family and friends on July 6, 2007, before his surrender on July 9, 2007.   ] Granted KMW

Respectfully,

Jay Goldberg

cc:   AUSA Timothy Treanor

6-13-07

SO ORDERED: N.Y., N.Y.

_____
KIMBA M. WOOD
U.S.D.J.