LAW OFFICES OF
JAY GOLDBERG, P.C.

# MEMO ENDORSED

250 PARK AVENUE
TWENTIETH FLOOR
NEW YORK, NY 10177-0077

June 21, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07

**BY FAX (212) 805-7900**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: <u>United States v. Matthew Ianniello et al</u>, 05 Cr. 774 (KMW)

Dear Judge Wood:

Mr. Ianniello's wife has a heart condition and is right now having trouble, breathing and cannot stand. An ambulance has been called to take her to the hospital (we do not yet know which hospital). We therefore ask permission for Mr. Ianniello to accompany his wife to the hospital and visit her there in the event she is admitted into the hospital.

] Granted, on consent. KMW

We have attempted to contact AUSA Timothy Treanor. We left him a telephone message a few moments ago and he has not yet had the chance to get back to us.

Respectfully,

Jay Goldberg

cc: AUSA Timothy Treanor

SO ORDERED, N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J. 6/21/07