LAW OFFICES OF
**JAY GOLDBERG, P.C.**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07
```

[ADDRESS: PARK AVENUE
TWENTIETH FLOOR]

NEW YORK, NY 10177-0077

TELEPHONE (212) 983-6000
TELECOPIER (212) 983-6008

October 31, 2007

**BY FAX (212) 805-7900**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    RE: <u>United States v. Ianniello et al</u>, 05 Cr. 774 (KMW)

Dear Judge Wood:

    As the Court is aware, Matthew Ianniello is currently incarcerated at FMC Butner.

    This letter is to respectfully request that the Court order the release to Peter Ianniello of $150,000 bail posted by his brother Oscar Ianniello. As the Court may recall from previous correspondence, Oscar Ianniello died on April 4, 2006.

    Enclosed for the Court's review are Oscar Ianniello's death certificate, the Letters Testamentary granted to Peter Ianniello, and a copy of the receipt for the posting of the $150,000 bail.

Respectfully,

JAY GOLDBERG, P.C.

By /s/ Jared Lefkowitz

cc: AUSA Timothy Treanor

**SO ORDERED:** N.Y., N.Y.
10-31-07

/s/ K. Wood
**KIMBA M. WOOD**
**U.S.D.J.**

# Surrogate's Court
# of the County of New York

401656

CERTIFICATE OF LETTERS TESTAMENTARY
The People of the State of New York

Index# 2006-1804

To all to whom these presents shall come or may concern,

Know Ye, that we, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on February 20, 2007 by said court, LETTERS TESTAMENTARY on the estate of Oscar Ianello deceased, late of the County of New York were granted unto Peter Ianello, the executor(s) named in the last Will and Testament of said deceased, and that it does not appear by said records that letters have been revoked.

In Testimony Whereof, we have caused the Seal of the Surrogate's Court of the County of New York to be hereunto affixed.

WITNESS, Honorable Renee R. Roth, a Surrogate of the County of New York, this 26TH Day of February, 2007.

*Jane Passenant*
Jane Passenant
Clerk of the Surrogate's Court

\* THIS CERTIFICATE IS NOT VALID WITHOUT A RAISED SEAL OF THE COURT \*

## VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
4/6/2006 9:56:21 PM

DATE FILED — THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF DEATH**   Certificate No. 156-06-014898

1. DECEDENT'S LEGAL NAME: **Oscar** (First Name) **_____** (Middle Name) **Ianello** (Last Name)

2a. New York City — Place of Death
2b. Borough: **Manhattan**
2c. Type of Place: Hospital inpatient
2d. Name of hospital or other facility: **Beth Israel Medical Center**

3. Date and Time of Death: **April 4th 2006   2:00 PM**
4. Sex: **Male**
5. Date last attended by a Physician: **04 / 03 / 2006**

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

Name of Physician: **S. Shrinivas / P. Chawla**
Address: **16 St 1st Ave, N.Y. N.Y. 10003**
License No. **232875**
Date: **04/04/2006**

7a. Usual Residence State: **NY**
7b. County: **New York**
7c. City or Town: **Manhattan**
7d. Street and Number: **20 East 9 Street 8J**
ZIP Code: **10003**
7e. Inside City Limits: **Yes**

8. Date of Birth: **April 20, 1917**
9. Age at last birthday: **88**
10. Social Security No.: **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**

11a. Usual Occupation: **Real Estate Executive**
11b. Kind of business or industry: **Real Estate**
12. Aliases or AKAs: **Oscar Z. Ianello**

13. Birthplace: **N.Y. City**
14. Education: High school graduate or GED

15. Ever in U.S. Armed Forces?: **Yes**
16. Marital Status at Time of Death: **Married**
17. Surviving Spouse's Name: **Paula Timpano**

18. Father's Name: **Peter Ianniello**
19. Mother's Maiden Name: **Micheline Zarrella**

20a. Informant's Name: **Peter A. Ianello**
20b. Relationship to Decedent: **Son**
20c. Address: **20 West Westminster Road Lake Forest, IL 60045**

21a. Method of Disposition: **Burial**
21b. Place of Disposition: **Calvary Cemetery**
21c. Location of Disposition: **Woodside, New York**
21d. Date of Disposition: **04/08/2006**

22a. Funeral Establishment: **Michael DeLuca Funeral Home**
22b. Address: **2005 W. 6 Street Brooklyn, NY 11223**

Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

*Steven P. Schwartz*, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED **APR 6, 2006**   DOCUMENT No. **V168005**

**RECORD OF CERTIFIED CHECK**

**Valley National Bank**

2014905

BRANCH# 133
DATE 8/4/05
DATE OF CHECK 8-4-05
CHECK NO. 612
AMOUNT $150,000.00
PAYEE Clerk of Court SDNY
CHARGE ACCOUNT OF Oscar Z. Ianiello
ACCT. NO. 1233324
TELLER'S INITIALS
CERTIFYING OFFICER

TELLER STAMP
1584

ORIGINAL-WHITE  DUPLICATE-YELLOW  TRIPLICATE-PINK
**RECEIPT FOR PAYMENT**
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 551767

at _____

RECEIVED FROM  Oscar Z. Ianiello
USA-v-Matthew Ianiello
05CR774 / M19-1-12055
Cash Bail

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|
| 20 | | | | | PG |